IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA KOETH, | Civil Action No.: 1:22-cv-00021 |
| Plaintiff, | The Honorable Judge Cathy Bissoon |
| v. | *Filed electronically* |
| PROGRESSIVE ADVANCED INSURANCE CO., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned lawsuit is voluntarily dismissed, with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Each party shall bear its own costs.

Date: 8/2/2022

| | |
|---|---|
| PURCHASE GEORGE & MURPHEY, P.C. | ZIMMER KUNZ, PLLC |
| By: _____ | By: _____ |
| Eric J. Purchase, Esquire | Jeffrey A. Ramaley, Esquire |
| Purchase George & Murphey, P.C. | Zimmer Kunz, PLLC |
| 2525 West 26th Street, Suite 200 | 310 Grant Street, Suite 3000 |
| Erie, PA 16506 | Pittsburgh, PA 15219 |
| Email: **eric@purchasegeorge.com** | Email: Ramaley@zklaw.com |
| (Attorney for Plaintiff) | (Attorney for Defendant) |

It is So Ordered:

_____J.
Cathy Bissoon

02315420 DOC 6456-3399